FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
APR 18 2014
at 9 o'clock and 15 min A M.
SUE BEITIA, CLERK

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

### Request for Media Blogging

The undersigned requests that the court allow blogging during the proceeding(s) described below. Requests must be emailed to the presiding judge's email address for orders. For matters calendared at least 28 days in advance, requests must be received by the court 14 days prior to the start of the proceeding. For matters calendared less than 28 days in advance, requests must be received by the presiding judge as far in advance as practicable.

**Case Name:** Egan v. Singer  **Case No.:** 14-cv-00177 SOM-BM

**Presiding District or Magistrate Judge:** Susan Oki Mollway

**Media Outlet:** The Associated Press (Jennifer Kelleher, Audrey McAvoy, Sam Eifling, Cathy Bussewitz, Oskar Garcia)

☑ Permission being sought for the following hearing(s):

| Date | Time | Hearing Type |
|---|---|---|
| April 17, 2014 - onward | | ~~All ongoing hearings in case~~ Limited to on-the-record proceedings in open court  SOM |
| | | |
| | | |
| | | |

DATED: April 17, 2014  SIGNATURE: [signature]

PRINTED NAME: Oskar Garcia, Hawaii News Editor

IT IS SO ORDERED,

☐ APPROVED   ☒ APPROVED AS MODIFIED   ☐ DENIED

DATED: APR 18 2014

[signature]
JUDGE OF THE U.S. DISTRICT COURT