LAVELY & SINGER
PROFESSIONAL CORPORATION

MARTIN D. SINGER (California Bar No. 78166)
PAUL N. SORRELL (California Bar No. 126346)
ANDREW B. BRETTLER (California Bar No. 262928)
2049 Century Park East, Suite 2400
Los Angeles, CA  90067-2906
Telephone:  (310) 556-3501
Facsimile:  (310) 556-3615
E-mail:  mdsinger@lavelysinger.com
         psorrell@lavelysinger.com
         abrettler@lavelysinger.com

(Admitted Pro Hac Vice)

ERIC A. SEITZ   1412
ATTORNEY AT LAW
A LAW CORPORATION
820 Mililani Street
Honolulu, HI  96813
Telephone:  (808) 533-7434
Facsimile:  (808) 545-3608
E-mail:  eseitzatty@yahoo.com

Attorneys for Defendant
BRYAN JAY SINGER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| MICHAEL F. EGAN, III, | ) | Case No. 14-00177 SOM-BMK |
|---|---|---|
| Plaintiff, | ) ) ) | DEFENDANT BRYAN JAY SINGER'S MEMORANDUM IN RESPONSE TO |
| vs. | ) ) | COUNSEL FOR PLAINTIFF MICHAEL F. EGAN, III'S MOTION |
| BRYAN JAY SINGER, | ) ) | TO WITHDRAW AS COUNSEL |
| Defendant. | ) ) ) | |

## DEFENDANT BRYAN JAY SINGER'S MEMORANDUM IN RESPONSE PLAINTIFF'S COUNSEL'S TO MOTION TO WITHDRAW AS COUNSEL

Defendant BRYAN JAY SINGER ("Singer"), by and through his undersigned attorneys, hereby submits this Memorandum in Response to the Motion To Withdraw as Counsel, filed by present counsel for Plaintiff MICHAEL F. EGAN, III ("Egan"), dated July 29, 2014 [ECF No. 27] (the "Motion").

Singer does not object to plaintiff's counsel's request to withdraw as counsel for Egan. However, Singer does not consent to a further adjournment of the September 9, 2014 hearing on Singer's Motion To Dismiss for Lack of Jurisdiction [ECF No. 16] and Motion for Summary Judgment [ECF No. 20] that were filed in May 2014.

The hearing on Singer's motions has already been postponed once at Egan's request. (See Stipulation Re: Continuance, dated July 18, 2014 [ECF No. 26] at p. 2 ("Plaintiff requests a continuance of the hearing date on the Motions in order to allow Plaintiff to conduct a further investigation . . . .").) Singer should not be forced to endure a further delay of these proceedings as a result of the Motion filed by Egan's counsel today. In light of the September 9 hearing on Singer's motions, Egan's responsive pleadings are not due for nearly three weeks. Egan has more than sufficient time to prepare his pleadings and submit them to the Court by the current response deadline. Egan

1

will not suffer prejudice as a result of the Court maintaining the current hearing date, especially given that Singer's motions were filed at least two months ago and Egan has had ample time to conduct his "investigation" and respond. Singer, on the other hand, will be prejudiced by any further delay of this action.

Accordingly, Singer respectfully requests that the September 9, 2014 hearing on Singer's Motion To Dismiss and Motion for Summary Judgment remain on calendar; notwithstanding the fact that Singer does not object to the request by Egan's present counsel to withdraw from representing Egan.

DATED: Los Angeles, California, July 29, 2014.

        LAVELY & SINGER
        PROFESSIONAL CORPORATION

        - and -

        ERIC A. SEITZ
        ATTORNEY AT LAW
        A LAW CORPORATION

        By: /s/ Andrew B. Brettler
            Martin D. Singer
            Paul N. Sorrell
            Andrew B. Brettler
            Eric A. Seitz

            Attorneys for Defendant
            BRYAN JAY SINGER