# MINUTES

CASE NUMBER:      CV 14-177 SOM-BMK

CASE NAME:        Michael F. Egan v. Bryan Jay Singer

ATTYS FOR PLA:    Michael F. Egan (pro se)
                  Mark F. Gallagher

ATTYS FOR DEFT:   Andrew B. Brettler
                  Martin D. Singer
                  Eric Seitz
                  Jeffrey Herman (non-party)
                  Lee Cohen (non-party)

INTERPRETER:

|  |  |  |  |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | In Chambers, no record |
| DATE: | 8/6/2014 | TIME: | 9:30-9:48AM |

COURT ACTION: EP: Hearing held on [27] Motion to Withdraw as Counsel. The Motion to Withdraw is GRANTED.

The Court construes Plaintiff Michael F. Egan's Opposition to the Motion to Withdraw as a Motion to Dismiss Without Prejudice. Accordingly, a Hearing on Michael F. Egan's Motion to Withdraw Without Prejudice is set for 9/9/14 at 9:00AM before Judge SUSAN OKI MOLLWAY. Defendant has until 8/13/14 to submit any Opposition to Plaintiff's Motion.


Submitted by kur1, law clerk.