| | |
|---|---|
| **From:** | Kathy Frederiksen <kaf@manlystewart.com> |
| **Sent:** | Monday, August 18, 2014 4:06 PM |
| **To:** | mgallagher@hawaiiantel.net; jherman@hermanlaw.com; dsiegel@hermanlaw.com; lcohen@hermanlaw.com; Andrew Brettler; eseitzatty@yahoo.com; Martin Singer; Paul Sorrell |
| **Cc:** | John Manly; Vince Finaldi |
| **Subject:** | RE: Michael F. Egan, III v. Bryan Singer - USDC Case No. 1:14-cv-00177-SOM-BMK |
| **Attachments:** | mtn cont msj-1.pdf |
| **Importance:** | High |

Please find attached Mr. Egan's *in Pro Per* Motion for Continuance of 180 Days Regarding Defendant Bryan Jay Singer's Motion for Summary Judgment. Thank you.

Kathy Frederiksen, Legal Assistant to
John C. Manly, Esq.
Vince W. Finaldi, Esq.
Skye L. Daley, Esq.
Alex E. Cunny, Esq.
MANLY, STEWART & FINALDI
19100 Von Karman Avenue, Suite 800
Irvine, CA 92612
(949) 252-9990
(949) 252-9991-facsimile
kfrederiksen@manlystewart.com
www.manlystewart.com



THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS PROTECTED BY THE ATTORNEY-CLIENT AND/OR THE ATTORNEY-WORK PRODUCT PRIVILEGES. IT IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL NAMED ABOVE AND THE PRIVILEGES ARE NOT WAIVED BY VIRTUE OF THIS HAVING BEEN SENT BY E-MAIL. IF THE PERSON ACTUALLY RECEIVING THIS E-MAIL OR ANY OTHER READER OF THE E-MAIL IS NOT THE NAMED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE NAMED RECIPIENT, ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.