| | |
|---|---|
| **From:** | Andrew Brettler |
| **Sent:** | Wednesday, August 20, 2014 5:20 PM |
| **To:** | Hbejr2012@gmail.com |
| **Cc:** | eseitzatty@yahoo.com; Martin Singer |
| **Subject:** | Egan v. Singer, D. Haw. Case No. 14-cv-00177-SOM-BMK |

Mr. Egan:

We represent Bryan Singer in the above-referenced matter. On August 19, 2014, the Court ordered us to meet and confer with you by telephone to discuss which portions of your Motion for Continuance and accompanying declaration should be filed under seal. [Dkt. Entry No. 38.] Please provide us with a telephone number where we can reach you. Thank you.

Sincerely,

---

**ANDREW B. BRETTLER**
LAVELY & SINGER
PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
2049 Century Park East, Suite 2400
Los Angeles, California 90067-2906
Telephone: (310) 556-3501
Facsimile: (310) 556-3615
E-Mail: abrettler@lavelysinger.com
Website: www.lavelysinger.com

---

1