| | |
|---|---|
| **From:** | Mail Delivery System <MAILER-DAEMON@p01c11o144.mxlogic.net> |
| **Sent:** | Wednesday, August 20, 2014 5:20 PM |
| **To:** | Andrew Brettler |
| **Subject:** | Mail delivery failed |
| **Attachments:** | ATT00001.txt |

This message was created automatically by mail delivery software.

A message that you have sent could not be delivered to one or more recipients. This is a permanent error. The following address failed:

  <hbejr2012@gmail.com>: 550 5.1.1 http://support.google.com/mail/bin/answer.py?answer=6596 tj5si3809821igb.19 - gsmtp