| | |
|---|---|
| **From:** | Andrew Brettler |
| **Sent:** | Wednesday, August 20, 2014 5:30 PM |
| **To:** | John Manly (JManly@manlystewart.com); Vince Finaldi (VFinaldi@manlystewart.com) |
| **Cc:** | eseitzatty@yahoo.com; Martin Singer |
| **Subject:** | FW: Egan v. Singer, D. Haw. Case No. 14-cv-00177-SOM-BMK |
| **Attachments:** | Mail delivery failed |

Messrs. Manly and Finaldi:

We attempted to send the email below to Michael Egan using the email address that he provided to the Court on his pleadings, but the message could not be delivered. (See attached.) Please provide us with Mr. Egan's telephone number (or an alternative email address) so we may meet and confer with him as the Court ordered. Thank you for your anticipated cooperation.

Sincerely,

---

**ANDREW B. BRETTLER**
LAVELY & SINGER
PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
2049 Century Park East, Suite 2400
Los Angeles, California  90067-2906
Telephone: (310) 556-3501
Facsimile: (310) 556-3615
E-Mail: abrettler@lavelysinger.com
Website: www.lavelysinger.com

---

**From:** Andrew Brettler
**Sent:** Wednesday, August 20, 2014 5:20 PM
**To:** 'Hbejr2012@gmail.com'
**Cc:** eseitzatty@yahoo.com; Martin D. Singer (mdsinger@lavelysinger.com)
**Subject:** Egan v. Singer, D. Haw. Case No. 14-cv-00177-SOM-BMK

Mr. Egan:

We represent Bryan Singer in the above-referenced matter. On August 19, 2014, the Court ordered us to meet and confer with you by telephone to discuss which portions of your Motion for Continuance and accompanying declaration should be filed under seal. [Dkt. Entry No. 38.] Please provide us with a telephone number where we can reach you. Thank you.

Sincerely,

**ANDREW B. BRETTLER**
LAVELY & SINGER
PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

1

2049 Century Park East, Suite 2400
Los Angeles, California  90067-2906
Telephone: (310) 556-3501
Facsimile: (310) 556-3615
E-Mail: abrettler@lavelysinger.com
Website: www.lavelysinger.com

| | |
|---|---|
| **From:** | Mail Delivery System <MAILER-DAEMON@p01c11o144.mxlogic.net> |
| **Sent:** | Wednesday, August 20, 2014 5:20 PM |
| **To:** | Andrew Brettler |
| **Subject:** | Mail delivery failed |
| **Attachments:** | ATT00001.txt |

This message was created automatically by mail delivery software.

A message that you have sent could not be delivered to one or more recipients. This is a permanent error. The following address failed:

  <hbejr2012@gmail.com>: 550 5.1.1
http://support.google.com/mail/bin/answer.py?answer=6596 tj5si3809821igb.19 - gsmtp

1