| | |
|---|---|
| **From:** | Andrew Brettler |
| **Sent:** | Wednesday, August 20, 2014 5:47 PM |
| **To:** | Vince Finaldi; John Manly |
| **Cc:** | eseitzatty@yahoo.com; Martin Singer |
| **Subject:** | RE: Egan v. Singer, D. Haw. Case No. 14-cv-00177-SOM-BMK |

The Court ordered us to meet and confer with Mr. Egan telephonically. If, according to you, he does not want to speak with us, we will inform the Court of our efforts and your response on his behalf. So it is clear, you are refusing to provide us with a valid email address or telephone number for Mr. Egan and preventing us from contacting him directly.

**From:** Vince Finaldi [mailto:VFinaldi@manlystewart.com]
**Sent:** Wednesday, August 20, 2014 5:37 PM
**To:** Andrew Brettler; John Manly
**Cc:** eseitzatty@yahoo.com; Martin Singer
**Subject:** RE: Egan v. Singer, D. Haw. Case No. 14-cv-00177-SOM-BMK

Put your message to him into email format and I will forward it on as a meet and confer. He is not amenable to speaking with you over the telephone. I don't blame him.

Vince William Finaldi, Esq.
**MANLY, STEWART & FINALDI**
19100 Von Karman Avenue, Suite 800
Irvine, California 92612
Phone: (949) 252-9990
Direct: (949) 943-8423
Fax: (949) 252-9991
vfinaldi@manlystewart.com



THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS PROTECTED BY THE ATTORNEY-CLIENT AND/OR THE ATTORNEY-WORK PRODUCT PRIVILEGES. IT IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL NAMED ABOVE AND THE PRIVILEGES ARE NOT WAIVED BY VIRTUE OF THIS HAVING BEEN SENT BY E-MAIL. IF THE PERSON ACTUALLY RECEIVING THIS E-MAIL OR ANY OTHER READER OF THE E-MAIL IS NOT THE NAMED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE NAMED RECIPIENT, ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.

**From:** Andrew Brettler [mailto:abrettler@lavelysinger.com]
**Sent:** Wednesday, August 20, 2014 5:35 PM
**To:** Vince Finaldi; John Manly
**Cc:** eseitzatty@yahoo.com; Martin Singer
**Subject:** RE: Egan v. Singer, D. Haw. Case No. 14-cv-00177-SOM-BMK

My email to Mr. Egan is at the bottom of this correspondence. The original message is also attached. Please forward it to him. Thanks.

**From:** Vince Finaldi [mailto:VFinaldi@manlystewart.com]
**Sent:** Wednesday, August 20, 2014 5:32 PM
**To:** Andrew Brettler; John Manly
**Cc:** eseitzatty@yahoo.com; Martin Singer
**Subject:** RE: Egan v. Singer, D. Haw. Case No. 14-cv-00177-SOM-BMK

1

Send me your email and I would be more than happy to forward it. However, I am not providing you any further contact information.

Vince William Finaldi, Esq.
**MANLY, STEWART & FINALDI**
19100 Von Karman Avenue, Suite 800
Irvine, California 92612
Phone: (949) 252-9990
Direct: (949) 943-8423
Fax: (949) 252-9991
vfinaldi@manlystewart.com



THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS PROTECTED BY THE ATTORNEY-CLIENT AND/OR THE ATTORNEY-WORK PRODUCT PRIVILEGES. IT IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL NAMED ABOVE AND THE PRIVILEGES ARE NOT WAIVED BY VIRTUE OF THIS HAVING BEEN SENT BY E-MAIL. IF THE PERSON ACTUALLY RECEIVING THIS E-MAIL OR ANY OTHER READER OF THE E-MAIL IS NOT THE NAMED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE NAMED RECIPIENT, ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.

**From:** Andrew Brettler [mailto:abrettler@lavelysinger.com]
**Sent:** Wednesday, August 20, 2014 5:30 PM
**To:** John Manly; Vince Finaldi
**Cc:** eseitzatty@yahoo.com; Martin Singer
**Subject:** FW: Egan v. Singer, D. Haw. Case No. 14-cv-00177-SOM-BMK

Messrs. Manly and Finaldi:

We attempted to send the email below to Michael Egan using the email address that he provided to the Court on his pleadings, but the message could not be delivered. (See attached.) Please provide us with Mr. Egan's telephone number (or an alternative email address) so we may meet and confer with him as the Court ordered. Thank you for your anticipated cooperation.

Sincerely,


**ANDREW B. BRETTLER**
LAVELY & SINGER
PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
2049 Century Park East, Suite 2400
Los Angeles, California  90067-2906
Telephone: (310) 556-3501
Facsimile: (310) 556-3615
E-Mail: abrettler@lavelysinger.com
Website: www.lavelysinger.com

---

**From:** Andrew Brettler
**Sent:** Wednesday, August 20, 2014 5:20 PM
**To:** 'Hbejr2012@gmail.com'

2

**Cc:** eseitzatty@yahoo.com; Martin D. Singer (mdsinger@lavelysinger.com)
**Subject:** Egan v. Singer, D. Haw. Case No. 14-cv-00177-SOM-BMK

Mr. Egan:

We represent Bryan Singer in the above-referenced matter. On August 19, 2014, the Court ordered us to meet and confer with you by telephone to discuss which portions of your Motion for Continuance and accompanying declaration should be filed under seal. [Dkt. Entry No. 38.] Please provide us with a telephone number where we can reach you. Thank you.

Sincerely,

**ANDREW B. BRETTLER**
LAVELY & SINGER
PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
2049 Century Park East, Suite 2400
Los Angeles, California  90067-2906
Telephone: (310) 556-3501
Facsimile: (310) 556-3615
E-Mail: abrettler@lavelysinger.com
Website: www.lavelysinger.com